SCANNED

Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

FILED JUL - 8 2005 CLERK, U.S. DISTRICT COURT WEST. DIST. OF PENNSYLV...

U.S.A. vs. Vincent Carson III                                              Docket No. 00-00048-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Vincent Carson III, who was placed on supervision by the Honorable Donald J. Lee sitting in the Court at Pittsburgh, Pennsylvania, on the 13th day of September 2001, who fixed the period of supervision at 42 months and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay remaining fine balance of $2,200.
- Shall perform remaining community service in the amount of 89 hours.
- Shall undergo drug, alcohol, and/or mental health counseling and treatment at the direction of the Probation Office.
- Shall be prohibited from the use of alcohol or nonprescribed controlled substances.

Original conditions of supervision imposed by Judge Lee on June 26, 2000, at sentencing:

- Shall pay a $200 special assessment.
- Shall pay a $5,000 fine.
- Shall perform 100 hours of community service.
- Shall complete 6 months of home detention.
- Shall be committed to community confinement with a program of treatment for substance abuse, gambling addiction, and psychological counseling for a period of 10 months, to commence at the direction of the Probation Office.
- Shall undergo drug, alcohol and/or mental health counseling and treatment at the direction of the Probation Office.
- Shall be prohibited from the use of alcohol or nonprescribed controlled substances.

06-26-00: Conspiracy to Distribute and Possess With the Intent to Distribute in Excess of 500 Grams of Cocaine and Possession and Concealment of Counterfeit Obligations; Original sentence, Judge Lee, Pittsburgh, Pennsylvania; 5 years' probation at each count to run concurrently; Probation supervision begins.

05-10-01: Petition signed by Judge Lee; Show cause hearing scheduled for June 4, 2001.

06-04-01: Revocation hearing, Judge Lee; Probation terms revoked; Sentenced to 5 years' probation at each count to run concurrently. Original special conditions of supervision remain in effect with modifications to include participation in an inpatient drug and alcohol program for 3 months, to be followed by 10 months at a residential drug and alcohol facility.

09-04-01: Petition signed by Judge Lee; Show cause hearing scheduled for September 12, 2001.

09-12-01: Violation hearing held before Judge Lee.

09-13-01: Order, Judge Lee; Probation terms revoked; Sentenced to 18 months' imprisonment with 42 months' supervised release. Terms and conditions of the original probation imposed to remain in effect, to the extent that any said conditions have not been satisfied.

10-16-02: Released to supervision; Currently supervised by U.S. Probation Officer Wendy M. Brown.

04-21-05: Petition signed by Judge McVerry; Show cause hearing scheduled for May 16, 2005.

U.S. A. vs. Vincent Carson III
Docket No. 00-00048-001
Page 2

05-16-05:   Violation hearing; Conditions of supervision modified to include 8 months' home confinement followed by 6 months' supervised release, with participation in an inpatient/outpatient program as directed. Provisions of the order of the Court of September 13, 2001, otherwise remain in full force and effect.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant is alleged to have violated the following conditions of supervised release:

**Shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances except as prescribed by a physician.**

**Shall undergo drug, alcohol and/or mental health counseling and treatment at the direction of the Probation Office.**

A urine specimen obtained on May 21, 2005, tested positive dilute for cocaine.

A urine specimen obtained on June 27, 2005, tested positive for barbiturates, benzodiazepines, cocaine and opiates.

The defendant was to attend drug and alcohol sessions twice per week. However, since May 2005, he has only attended a total of two sessions.

On July 6, 2005, the defendant was referred to Living Sober, an inpatient program designed for individuals with both mental health and substance abuse issues. The defendant left the program on the day of his admission, stating he did not feel the program would be beneficial.

**Placement on home confinement for a period of eight months, during which time the defendant is to remain at his place of residence, except for employment and other activities approved in advance by the probation officer. At the direction of the probation office, the defendant shall wear an electronic monitoring device and shall observe the rules specified by the probation department.**

**Shall be prohibited from the use of alcohol or nonprescribed controlled substances.**

During the period of home confinement, the defendant has admitted going to a neighborhood bar and drinking alcohol when he had only been authorized to leave his residence for work-related and outpatient treatment purposes.

U.S.A. vs. Vincent Carson III
Docket No. 00-00048-002
Page 3

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom No. 6C, 6th Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on August 26, 2005 at 9:30, to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this 12th day of July, 20 05 and ordered filed and made a part of the records in the above case.

_____
T. McVerry
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/08/05

_____
Wendy M. Brown
U.S. Probation Officer

_____
Roselyn Gerson (sm)
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania