IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>VINCENT CARSON, III  )<br>  )<br>      Defendant.  ) | 2: 00-cr-48 |

## ORDER OF COURT

AND NOW, this 8th day of August, 2005, in accordance with the supervised release revocation hearing held this date, the Court finds that defendant violated the conditions of supervised release charged in the Petition On Supervised Release (Document No. 33). Specifically, the Court finds that defendant violated the terms of supervision set forth in the Order of Court of May 16, 2005, by (1) using cocaine, barbiturates, benzodiazepines and opiates, as evidenced by defendant's urine specimens of May 21, 2005 and June 27, 2005, (2) failing to attend drug and alcohol sessions twice per week, as directed by the probation office, (3) failing to attend the "Living Sober" inpatient program, as directed by the probation office, (4) leaving defendant's place of residence for reasons other than employment and other activities approved in advance by the probation officer, and (5) failing to refrain from the use of alcohol.  Defendant acknowledged his violation of each of these conditions on the record.  These violations constitute Grade C violations under U.S.S.G. § 7B1.1, which in conjunction with a criminal history category of II results in a guidelines advisory sentencing range of 6 to 12 months under U.S.S.G. § 7B1.4.

Accordingly, **IT IS ORDERED** that the term of supervised release imposed in the Order of May 16, 2005, be, and the same is hereby, **REVOKED** and defendant is committed to the custody of the United States Bureau of Prisons for a term of eight (8) months, to commence immediately, after which Defendant will be released from further supervision of the probation office.  It is recommended to the Bureau of Prisons that Defendant receive intensive drug and alcohol treatment and mental health treatment.

                 BY THE COURT:

                 s/ Terrence F. McVerry
                 United States District Court Judge

cc: Carolyn Bloch, AUSA

   William Pietragallo, II, Esquire
   Pietragallo, Bossick & Gordon
   One Oxford Centre
   301 Grant Street - 38th Floor
   Pittsburgh, PA   15219-1407
   412/ 263-2000

   U.S. Sentencing Commission
   One Columbus Circle, N.E.
   South Lobby
   Washington, D.C. 20002

   Federal Bureau of Prisons
   Community Corrections Office
   William S. Moorehead Federal Bldg.
   1000 Liberty Avenue, Room 831
   Pittsburgh, PA   15222

   US MARSHALS
   US PROBATION