IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2000-048 |
| | ) | |
| VINCENT CARSON, III | ) | |
| | ) | |
| Defendant | ) | |

## PETITION TO RECONSIDER SENTENCING
## AND FOR ALTERNATIVE HOUSING

AND NOW comes the Defendant, by and through his undersigned counsel, and petitions this Court for reconsideration and in support thereof avers as follows:

1. Your Honor held a revocation hearing on August 8, 2005 at which time Your Honor found that the defendant had violated the terms of his supervised release.

2. Your Honor then revoked the term of defendant's supervised release that Your Honor imposed in this Court's Order of May 16, 2005 and committed the defendant to the custody of the United States Bureau of Prisons for a term of eight months after which the defendant is to be released from any further supervision by the Probation Office.

3. Your Honor also specifically recommended that the defendant receive intensive drug, alcohol and mental health treatment.

4.   The defendant readily admits that he suffers from drug and alcohol addiction and could also benefit from mental health treatment and believes he absolutely needs intensive treatment if he is to live a drug and alcohol free lifestyle in the long-term.

5.   The defendant wants to enroll in and receive said treatment.

6.   Nonetheless, as of the date of this motion, the defendant has not received any treatment of any kind while incarcerated.

7.   The above is contrasted with the fact that after the defendant's latest violation of the terms of his supervised release but before this Court's above revocation hearing, the defendant was admitted to Gateway Rehabilitation Center's Inpatient Treatment Program from July 8, 2005 to July 21, 2005 as evidenced by Defense Exhibit "A".

8.   The defendant was then admitted into the Gateway Allegheny Valley Partial Hospitalization Program on July 26, 2005, which was scheduled to run 4 to 6 weeks from 9:00 a.m. until 3:30 p.m. Monday through Friday and consist of individual therapy, psycho-education regarding addiction, participation at AA/NA meetings and random urine screens while living at the Renewal Center as evidenced by Defense Exhibit "B".

9.   The defendant was doing well in this program as of the date of the revocation hearing and wishes to return to this program.

10.   Additionally, the defendant has just become a father for the first time as his fiancé just gave birth to a baby girl on July 15, 2005.

11.   The defendant is needed to help support and take care of his new family both financially and emotionally.

WHEREFORE, the defendant respectfully requests that this Honorable Court reconsider its decision of August 8, 2005 and order the Bureau of Prisons to transfer the defendant to the Renewal Center in Pittsburgh, Pennsylvania and furthermore allow the defendant to return to the Gateway Allegheny Valley Hospitalization Program or another program similar thereto and continue receiving the drug, alcohol and mental health treatment that this Court recommended in its Order of August 8, 2005 which is ultimately in the defendant's and his family's long-term best interest.

Respectfully submitted,

_____
Leonard J. Berger Jr., Esquire
Attorney for Defendant
Pa. I.D. #81822

1800 Lawyers Building
428 Forbes Avenue
Pittsburgh, PA 15219
(412) 281-1925

**GATEWAY**
ADDICTION RECOVERY SERVICES
Restoring Lives and Communities

## Aliquippa

July 21, 2005

RE: VINCENT CARSON
SS#: 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

To Whom It May Concern:

Mr. Vincent Carson was admitted to Gateway Rehabilitation Center's Inpatient Treatment Program from July 8, 2005 to July 21, 2005. On July 22, 2005, he will begin the Partial Program at Gateway Squirrel Hill.

Sincerely,

*Colette McNickle*

Colette McNickle, M.A.
Therapist

EXHIBIT "A"

**Gateway Aliquippa**
Moffett Run Road
Aliquippa, PA 15001
(412) 766-8700
FAX (724) 375-8815

Gateway Aliquippa is a service of Gateway Rehabilitation Center
Moffett Run Road • Aliquippa, PA 15001 • (412) 766-8700 • Fax (724) 375-8815
www.gatewayrehab.org

Kenneth S. Ramsey, Ph.D.
President and Chief Executive Officer

Abraham J. Twerski, M.D.
Founder and Medical Director Emeritus

ADDICTION RECOVERY SERVICES

# GATEWAY

Restoring Lives and Communities

## Allegheny Valley

August 4, 2005

Mr. Vincent Carson
14 W. Woodland Road
Pittsburgh, PA 15232

RE: Vincent Carson
DOB: 8-15-74

Dear Vincent:

This letter is to confirm that you were admitted into the Gateway Allegheny Valley Partial Hospitalization Program on July 26, 2005. This program meets Monday through Friday from 9:00 a.m. until 3:30 p.m., and runs approximately four to six weeks in length. The program consists of group and individual therapy, psychoeducation regarding addiction, participation at AA/NA support group meetings and random urine screens.

If you have any questions regarding this matter, please feel free to contact me at 412-963-7077.

Sincerely,

*Carol Moran, MA* (DH)

Carol Moran, MA
Therapist

Cc: patient chart
CM/dh

*This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.*

EXHIBIT "B"

---

**Gateway Allegheny Valley**
1360 Old Freeport Road • Suite 3B
Pittsburgh, PA 15238
(412) 963-7077
FAX (412) 963-7083

Gateway Allegheny Valley is a service of Gateway Rehabilitation Center
Moffett Run Road • Aliquippa, PA 15001 • (724) 378-4461 • Fax (724) 375-8815
www.gatewayrehab.org

Kenneth S. Ramsey, Ph.D.
President and Chief Executive Officer

Abraham J. Twerski, M.D.
Founder and Medical Director Emeritus