IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2000-048 |
| ) | |
| VINCENT CARSON, III ) | |
| ) | |
| Defendant ) | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2005, upon consideration of the defendant's Petition to Reconsider Sentencing and for Alternative Housing with exhibits attached thereto, it is hereby ORDERED that the defendant be housed at the Renewal Center in Pittsburgh, Pennsylvania and furthermore allow the defendant to return to the Gateway Allegheny Valley Hospitalization Program or another program similar thereto and continue receiving drug, alcohol and mental health treatment.

BY THE COURT:

_____
United States District Court Judge

4