AO 458 (Rev. 5/85) Appearance

# United States District Court

WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

VINCENT CARSON, III

APPEARANCE

CASE NUMBER: 2000-048

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant, Vincent Carson, III.

September 20, 2005
*Date*

*Signature*

Leonard J. Berger Jr.   Pa. ID 81822
*Print Name*

428 Forbes Avenue, Suite 1800
*Address*

Pittsburgh, PA   15219
*City                State          Zip Code*

(412) 281-1925
*Phone Number*