IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 00-048 |
| | ) | |
| VINCENT CARSON, III | ) | ELECTRONIC FILING |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
PETITION TO RECONSIDER SENTENCING**

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Carolyn J. Bloch, Assistant United States Attorney for said district, and respectfully responds to defendant's motion as follows:

1.  On August 8, 2005, following a hearing, defendant's supervised release was revoked due to numerous violations of its terms.

2.  This Court, thereafter, sentenced defendant to serve a term of imprisonment of eight months. The Court recommended that defendant receive drug, alcohol and mental health treatment as deemed necessary by the Bureau of Prisons.

3.  On September 29, 2005, undersigned counsel was advised by the United States Marshal's Service (USMS) that defendant has been awaiting designation to a federal correctional facility at the North East Ohio Correctional Center in Youngstown, Ohio. The USMS further advised that defendant was to receive designation on that

date and would, therefore, be transferred to such designated correctional facility where he will be in a position to avail himself of any recommended treatment.

4.  The United States Probation Office (USPO) has been notified of the contents of defendant's motion for reconsideration, and continues in its position that defendant should be incarcerated and is not a suitable candidate for alternative housing.

5.  Furthermore, the USPO advised that the results of a paternity test were made available following the revocation hearing of August 8, 2005, and reflect that defendant is not the biological father of the baby girl born on July 15, 2005.

WHEREFORE, the government respectfully requests that defendant's Petition to Reconsider Sentencing be denied.

>
> Respectfully submitted
>
> MARY BETH BUCHANAN
> United States Attorney
>
>
> /s CAROLYN J. BLOCH
> Assistant U.S. Attorney
> PA I.D. 53430
>
> 700 Grant Street
> US Post Office and Courthouse
> Suite 4000
> Pittsburgh, PA 15219
> (412) 894-7319