IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   No. 2000-048 |
| | ) |
| VINCENT W. CARSON III, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2005, upon consideration of the defendant's Petition to Modify Sentence and for Alternative Housing with exhibits attached thereto, it is hereby ORDERED that the defendant be housed at the Renewal Center in Pittsburgh, Pennsylvania for the remainder of his sentence and furthermore that the defendant be allowed to return to the Gateway Allegheny Valley Hospitalization Program or another program similar thereto and continue receiving drug, alcohol and mental health treatment.

BY THE COURT:

_____
Honorable Terrence F. McVerry
United States District Court Judge