**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **2:00cr48** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **VINCENT CARSON, III** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER OF COURT**

AND NOW, this 3rd day of February, 2006, upon consideration of Defendant's

PETITION TO MODIFY SENTENCE AND FOR ALTERNATIVE HOUSING (Document No.

39), to which the Government has orally objected, and it appearing to the Court that no legitimate

basis for review of sentence has been established pursuant to 18 U.S.C. §3557 or §3742,

NOW THEREFORE, Defendant's Motion is **DENIED**.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:    Carolyn J. Bloch, Esquire
       Email: carolyn.bloch@usdoj.gov

       Leonard J. Berger, Jr., Esquire
       Email: AttyLJB@verizon.net

       Michael D. Foglia, Esquire
       Email: terimichaels@peoplepc.com