IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff | ) |
| | ) |
| vs | ) Criminal No. 00-48 |
| | ) |
| VINCENT CARSON, III | ) |
| Defendant | ) |

## ORDER OF COURT

AND NOW, to wit, this __19Th__ day of __MAY__,2006, it appearing to the Court

that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY

ORDERED that the pleadings impounded in the Office of the Clerk of Court be returned to the

closed filing system of the Clerk's Office.

These pleadings are to remain sealed with a copy of this Order attached to the envelope and to

the file folder. Anyone desiring to view these impounded pleadings shall file a request with the

Clerk with notification to all parties. These pleadings are to remain sealed for the next __Five__

years.

Documents: 5, 12, 15, 29, 30, Plea Letter of Vincent Carson III

Terrence F. McVerry
U.S. District Judge